IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-281-MOC-DCK

| | |
|---|---|
| JOSE PEGUERO, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| MI BARRIO HALAL LATIN GRILL, INC., HALAL FOOD CART, LLC, and KHURAM BASHIR, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Adam A. Smith, concerning Kimberly De Arcangelis, on March 11, 2024. Kimberly De Arcangelis seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Kimberly De Arcangelis is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: March 11, 2024

David C. Keesler
United States Magistrate Judge